# EXHIBIT 1a
# Complaint

**SEARS** FAX MEMO  TODAY'S DATE 7-19-10  NO. OF PAGES 22

TO: Law Dept. Intake  FROM: Sears, Sierra Vista, Az. #2047
FAX NO. 847-286-4511  PHONE NO. 847-286-0405  FAX NO. 520-515-3247  PHONE NO. 520-515-3253

MESSAGE:
Subpoena's Served at 2047, Sears for Alice Freedle, SGM and Sharon Hinds, ASM, BC. All copies faxed to Sabrina Sliwiak. 7-16-10. Understand now that Sabrina Sliwiak no longer handles this matter. Please direct us to the attorney/consultant handling this matter. Thanks.

## Complaint

### Superior Court of Arizona
### Cochise County

FILED 2010 JUL 13 PM 2:38
DENISE LUNDIN
CLERK OF SUPERIOR COURT
BY _____ DEPUTY

Charles D. Corrado
An Arizona resident

**Plaintiff**

Vs.

Sears, Roebuck and Co./Sears Holding Co.  Sabrina Slyiwiak: Sears Attorney
Corporate offices located in the state of Illinois  John Dickenson: Regional Mgr
 Alice Freedle: Store Mgr
**Defendants**  Sharon Hinds: Dept Mgr

Case No. CV201000593

Plaintiff Charles D. Corrado for his Complaint against the defendants alleges as follows:

I. **PERSONAL HARM:**

   A. I was terminated.

II. **DEFENDANTS REASON FOR ADVERSE ACTIONS:**

   A. I was not selling enough extended warranty protection agreements.

III. **DISCRIMINATION STATEMENT:** For the following reasons, I believe I have been discriminated against because of my age, 62 in violation of the Arizona Civil Rights Act, as amended, and the Age Discrimination in Employment Act of 1967, as amended:

   A. I began my employment with Defendant on November 13, 2005 as a Sales Associate in Defendant's Electronics Department at the Sierra Vista, Arizona

Complaint

Superior Court of Arizona
Cochise County



FILED
2010 JUL 13 PM 2:38
DENISE LUND
CLERK OF SUPERIOR COURT
BY _____ DEPUTY

Charles D. Corrado
An Arizona resident

              **Plaintiff**

Vs.

Sears, Roebuck and Co./Sears Holding Co.    Sabrina Slyiwiak:Sears Attorney
Corporate offices located in the state of Illinois    John Dickenson:Regional Mgr
                                                                 Alice Freedle: Store Mgr
                                **Defendants**      Sharon Hinds: Dept Mgr

Case No. CV201000593

      Plaintiff Charles D. Corrado for his Complaint against the defendants alleges as follows:

I.     **PERSONAL HARM:**

    A.    I was terminated.

II.    **DEFENDANTS REASON FOR ADVERSE ACTIONS:**

    A.    I was not selling enough extended warranty protection agreements.

III.   **DISCRIMINATION STATEMENT:** For the following reasons, I believe I have been discriminated against because of my age, 62 in violation of the Arizona Civil Rights Act, as amended, and the Age Discrimination in Employment Act of 1967, as amended:

    A.    I began my employment with Defendant on November 13, 2005 as a Sales Associate in Defendant's Electronics Department at the Sierra Vista Arizona mall.

    B.    On May 9, 2009, I was called to a meeting with Sharon Hinds, Defendant's Department Manager; Alice Freedle, Defendant's Store Manager and was told that I was not trying hard enough to sell Defendant's extended warranty

protection agreements. I was told at that meeting that I always went beyond my duties to help the department and was a good employee.

C. On May 30, 2009, I was terminated by Sharon Hinds and Alice Freedle. Please see attached Termination document. The reason given me was that I was not selling enough extended warranty protection agreements. Whereas, I had been selling these agreements the entire time I was employed by Defendant and made every effort to sell them.

D. I was the only Sales Associate over the age of 40 when I was terminated. I believe and therefore allege that, but for my age, I would not have been terminated, since other sales associates also fell short of selling these extended warranty agreements, see attached contribution report. I was replaced by a younger person.

E. My discriminatory termination by the Defendant has inflicted undue financial burdens on my family, since I had just purchased a house, which the store management knew about. Their wrongful termination of me has caused me to seek financial compensation from Defendant. Please see attached letters to Defendants, in an effort to try and resolve this complaint out of court.

F. Please see attached letters from the EEOC and Arizona Attorney General's Office with regard to the complaint I filed with them.

WHEREFORE, plaintiff requests judgment against defendants for the sum of $75,000 together with interest thereon from the date due until paid for its costs, and for such other and further relief as the Court deems just in the premises.

DATED this __12__ day of __July__, 2010.

Charles D. Corrado
964 Cactus Wren Lane
Sierra Vista, AZ 85635

Cc: Ms Sabrina Slyiwiak, Sears Attorney
    John Dickenson, Sears Regional Stores Manager
    Alice Freedle, Sears Store Manager
    Sharon Hinds, Sears Department Manager

# OFFICE OF THE ATTORNEY GENERAL
## Civil Rights Division

# NOTICE OF RIGHT TO SUE

| Mr. Charles Corrado | vs. | Sears, Roebuck And Company |
|---|---|---|
| *(Charging Party)* | | *(Respondent)* |

CRD No.: T0012009000572           EEOC No.: 35A-2009-00721C

On August 27, 2009, you filed a charge with the Civil Rights Division alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days of the date you receive this Notice or within one year of the date you filed the charge, whichever comes first.** A.R.S. § 41-1481(D.)

---

This NOTICE OF RIGHT TO SUE is being issued for the following reason(s):

☐ This office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

☒ The Civil Rights Division has not completed the processing of your charges, but there are approximately 90 days left before the expiration of the one year deadline for filing a civil action in Superior Court.

☐ Although your charge was sent to the Equal Employment Opportunity Commission for processing, you may also have a right to sue under the Arizona Civil Rights Act, and there are approximately 90 days left before the expiration of the one year deadline for filing a civil action in Superior Court.

☐ Charging Party has submitted a written request.

---

If you have any questions concerning this notice, please contact (520) 628-6500. If you need legal assistance, you should seek the advice of an attorney.

Sincerely,

Diana Varela, Chief Counsel
Compliance Section, Civil Rights Division

BY:

Ernest Granillo, Compliance Manager

Sent by regular mail this 27th day of May, 2010

cc: Sears, Roebuck And Company (Respondent)

April 21, 2010

Ms. Sabrina Slyiwiak
Sears Managing Holding Company
3333 BeverlyRoad
A3-130B
Hoffman Estates, IL 60179

Dear Ms. Slyiwiak,

I am sending the attached letter, dated March 12, 2010, again to you. I was informed by the Arizona Attorney General that you are the Attorney for Sears, that responded to my complaint of AGE discrimination against Sears.

I have requested a 'Restricted Receipt' from the Post office, to ensure you sign for the letter in person.

I plan to file my lawsuit as scheduled, with in the next few weeks, unless I hear from you regarding the attached letter.

Thank You for you time.

Sincerely,

Charles Corrado



OFFICE OF THE ATTORNEY GENERAL
STATE OF ARIZONA

Terry Goddard
Attorney General

CIVIL RIGHTS DIVISION
COMPLIANCE SECTION

Charles Corrado
964 Cactus Wren Lane
Sierra Vista, AZ 85635-5402

Case Name:   Charles Corrado v Sears Roebuck and Company
Charge No.:  ACRD T09-0572

## REQUEST FOR INTERVIEW

The Civil Rights Division requests an interview with the following person(s) regarding the above-named charge of discrimination:

**Name:**  **Charles Corrado**
**Date:**  **Tuesday December 15, 2009**
**Time:**  **8:30 a.m.**

I have taken the privilege of scheduling an appointment for you and I to meet by telephone (520-458-7240) to discuss your allegations of discriminatory treatment and review the position statement submitted by Respondent. Please be available to take this call as scheduled. Be prepared to provide the names, addresses and telephone numbers of individuals that can provide relevant information about this matter, and copies of documents in your possession that you believe substantiate your allegations.

Requests to reschedule interviews will be granted only upon a showing of good cause. In addition, be aware that the Division has the authority under A.R.S. 41-1403(B) to issue a subpoena for testimony of witnesses. Such action may be taken if you do not appear on the scheduled date and time. Furthermore, the Division may issue a determination regarding the merits of the charge based upon the information it has gathered to date, whether or not you appear as scheduled. The Division anticipates and appreciates your cooperation with this request.

Any person appearing before the Division to provide testimony has the right to be represented by counsel. If an attorney represents you please advise that individual of this appointment immediately.

If you are disabled and need a reasonable accommodation, please contact the Compliance Officer listed below at least three (3) days in advance of your scheduled date of appearance to make your accommodation request.

Arizona Civil Rights Division:

_11-19-09_                                    _K Shaw_
Date                                          Keith Shaw, Compliance Officer
KBS 623168                                    520-628-6752

# Arizona Superior Court
# County of Cochise

(File Stamp)

Case No: _____

Date Sent: _____

## CERTIFICATE OF SERVICE (By Mail)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MS. SABRINA SHYIWIAK
   S____ MANAGING CO.
   3___ BEVERLY ROAD
   A___ 30B
   HOFFMAN ESTATES, IL
   **RESTRICTED** 60179
   **DELIVERY**

2. Article Number (Transfer from service label)
   7010 0780 0001 0816 2520

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Mark Johnson_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Frank Loftus

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

Clerk's Initials: _____

March 12, 2010

Ms Sabrina Slyiwiak
Sears Managing Holding Company
3333 Beverly Road
A3-130B
Hoffman Estates, IL. 60179

RE: Charge Number ACRD-T09-0572
Case Name: Charles Corrado v Sears, Roebuck & Co.

Dear Ms Slyiwiak,

I am writing this letter to see if Sears and I can come to an amicable resolution to the above referenced Case Number.

I believe that John Dickenson, District Store Manager; Alice Freedle, Store Manager; and Sharon Hinds, Brand Central Manager of the Sierra Vista, AZ store are responsible for an act of Age Discrimination against me.

I base this complaint on my performance for the 3 ½ years that I worked for the Sierra Vista, AZ store and the excellent job reviews that I had received during that time.

What I was told was that my PA's (Protection Agreements) were not good enough and I was not trying hard enough to sell them. See attached Dismissal documentation (I cannot make out what was being written by Sharon Hinds) I had been selling PA's during my entire tenure with Sears and my sales numbers were always good.

I turned 62 in August of 2009 and I was terminated on the last day of May, 2009. The correlation between these two dates prompts me to believe that my dismissal was an act of age discrimination not my lack of ability. I was replaced by a younger person.

I am awaiting my letter of "cause to believe there was discrimination" from the EEOC and the Arizona Attorney General's office. However, I am prepared to stop this action if we can come to a settlement.

I hope you take this letter in the manner in which I am pursuing this lawsuit. The monetary hardship, not to mention the emotional distress this action has caused me, is overwhelming. I believe my terms listed below are justified, in light of the way I was treated.

Terms:
Taking my full Social Security at age 66 would have netted me $1987.00 per month. (See attached) Since my discharge from Sears, I was forced to take an early retirement, due to the lack of employment opportunities for someone in my age category. I now only receive $1480.00 per month which interpolates into a loss of $507.00 per month times 12 months is $4,084.00 per year times the 4 years I would have continued to work for Sears until full retirement, would have been $24,336.00. Adding to this, the loss of potential wages for the 4 years with Sears, which I was



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Phoenix District Office

3300 N. Central Ave., Suite 690
Phoenix, AZ 85012
PH: (602) 640-5000
TDD: (602) 640-5072
FAX: (602) 640-5071

**Charging Party**

Charles Corrado
964 Cactus Wren Lane
Sierra Vista, AZ 85635

CRD Charge No.: **T09-0572**
EEOC No.: 35A-2009-00721C

**Respondent**

Human Resources Director
Sears, Roebuck and Company
2250 El Mercado Loop
Sierra Vista, AZ 85635

1st spoke
9/24/09

Your case has been assigned to: **Keith Shaw**
Ph: (520) 628-6752

Dear Sir/Madam:

You recently filed a complaint of employment discrimination with the Arizona Civil Rights Division (ACRD).

That agency has sent us a copy of your complaint, and we have assigned it the above charge number. Please use that number whenever you contact this office. A copy of your charge or notice of your charge will be provided to the respondent within 10 days.

You are encouraged to cooperate with the ACRD. The Commission will take no action on your charge until it terminates its proceedings and issues final findings and orders. The ACRD's findings and orders may be adopted by the Commission.

ACRD will investigate and resolve your charge under its statute. Under Section 1601.76 of our regulations, you are entitled to request that we perform a Substantial Weight Review of that agency's final finding. To secure this review, you must request it in writing to this office within 15 days of your receipt of the ACRD's final finding in your case. Otherwise, EEOC will generally adopt ACRD's finding.

If your charge is filed under Title VII and ADA, the Commission must issue to you upon request a Notice of Right to Sue before you may file private suit under those laws.

You may file a private suit under the ADEA. Before you can sue, however, the ADEA requires that a charge alleging age discrimination be filed with both EEOC and an appropriate State Agency. If you filed an age discrimination charge, it has been sent to EEOC by ACRD in order to preserve your right to sue under the ADEA. An ADEA lawsuit may be filed at any time 60 days after you filed your charge, regardless of action by EEOC and regardless of the status of the agency's investigation. However, please note that your right to sue will expire 90 days after you receive notice that EEOC has completed action on the charge.

Our regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address. Your cooperation in this matter is essential.

Sincerely,

Rayford O. Irvin

Rayford O. Irvin
District Acting Director

averaging $20,000 per year, which is equal to about $80,000. So adding these 2 figures together, I am looking at a total of over $100,000 in lost income.

I know there are several variables that could contribute to changing the numbers that I have outlined in the above paragraph. Taking this into consideration, I believe that a fair monetary compensation package would be in the range of $75,000.

I look forward to hearing from you at your earliest convenience to resolve this matter before going to court.

Sincerely,


Charles D. Corrado
964 Cactus Wren Lane
Sierra Vista, AZ 85635

Cc: Mr. Kevin R. Holt, Executive Vice President, Store Operations
Cc: Mr. Keith Shaw, Compliance Officer, the Office of the Attorney General, State of Arizona

# Arizona Superior Court
# County of Cochise

(File Stamp)

Case No: _____

Date Sent: _____

## CERTIFICATE OF SERVICE (By Mail)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Frank Johns_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Frank Offis_  C. Date of Delivery |
| 1. Article Addressed to:<br><br>SABRINA SLYIWINK<br>SAMS MANAGING HLDING CO<br>3333 BOVERLY RD<br>A3-130B<br>HOFFMAN ESTATES, IL 60179 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7809 3410 0002 1171 3595 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

Clerk's Initials: _____

## Documentation of Performance Issues

Assoc. Employee ID Number: 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

**Instructions:** This form is to be used to record all details of a session in which an associate is informed that a change in performance or work behavior is necessary. Complete a new copy of this form for each instance of documenting performance issues. Check the appropriate box to identify purpose. Send a copy of the signed document to the ASC to be included in the personnel file; retain locally for 24 months after the performance issue has been resolved.

| Ethics/Policy Violation:<br>☐ Warning<br>☐ Final Warning | Performance Plan for Improvement:<br>☐ Performance Discussion/Memo<br>☐ Corrective Plan | ☐ Written Follow-up<br>☐ Final Written Follow-up | ☒ Action:<br>☒ Termination<br>(requires signatures below) |
|---|---|---|---|

Associate Name: Charles Poblado  
Associate Number: 1545  Status: PT  
Service Date:  Assignment Date:  
Position: HE  
Unit: 2047  
Current Date: 5/30/9

| Detailed explanation of the reason(s) for the discussion (include what is wrong and why it cannot continue): | If a Follow-up, indicate: |
|---|---|
| [handwritten notes, largely illegible] | ☐ problem corrected<br>☐ progress made<br>☒ problem not corrected |

Impact on the business, customers or other associates:  
[handwritten, illegible]

Statement of Expectations & Associate Action Plan for Improvement:

Steps taken by manager to assist the associate with improvements:

Consequences if associate fails to improve performance:  
[handwritten, illegible]

Date of Next Follow-up (if applicable):

Continued on next page

...te Contribution Report

**Associate Contribution Report - Details - Department: Brand Central - HE**
**Store: 2047 - SIERRA VISTA - B (Day) - 05/27/2009**

| Assoc# | Name | Division | Total Cont/Hr Actual | SPH Actual | # of Apps | Credit Apps +/- To Goal (Rounded) | Credit Apps % To Goal | HSSC Acceptance Rate Target =80% | PA +/- To Parity | PA Participation % | SPP +/- To Parity Units | Install +/- To Parity Units | Gift Card: Sales Penetration % | Dish: Penetration % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1545 | CORRADO, CHARLES | Div 03-57 | $9 | $30 | 0 | 0 | 0% | | N/A | N/A | -23.40 | N/A | N/A | N/A |
| 1875 | BAKER, JESSICA | Div 03-57 | -$95 | $272 | 0 | 0 | 0% | | -9.57 | N/A | -25.60 | -1.50 | N/A | N/A |
| 1962 | NARANJO, JORGE | Div 03-57 | $20 | $218 | 0 | 0 | 0% | | -9.11 | N/A | -27.80 | -1.50 | N/A | N/A |

**Associate Contribution Report - Details - Department: Brand Central - HE**
**Store: 2047 - SIERRA VISTA - B (MTD) - 05/27/2009**

| Assoc# | Name | Division | Total Cont/Hr Actual | SPH Actual | # of Apps | Credit Apps +/- To Goal (Rounded) | Credit Apps % To Goal | HSSC Acceptance Rate Target =80% | PA +/- To Parity | PA Participation % | SPP +/- To Parity Units | Install +/- To Parity Units | Gift Card: Sales Penetration % | Dish: Penetration % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1545 | CORRADO, CHARLES | Div 03-57 | $29 | $146 | 2 | 0 | 100% | | -2.46 | N/A | 9.57 | -1.87 | 2.44 | N/A |
| 1626 | LANDIN, VINCENT | Div 03-57 | $9 | $115 | 1 | 0 | 100% | | -5.83 | N/A | -25.29 | -1.80 | N/A | N/A |
| 1784 | BERGSTROM, DAVID | Div 03-57 | $20 | $179 | 0 | -1 | 0% | | 5.05 | N/A | -24.50 | -2.00 | N/A | N/A |
| 1875 | BAKER, JESSICA | Div 03-57 | $1 | $107 | 1 | 0 | 100% | | -5.19 | N/A | 9.71 | 15.00 | 2.50 | N/A |
| 1962 | NARANJO, JORGE | Div 03-57 | $32 | $326 | 6 | 1 | 100% | | 9.46 | N/A | 21.86 | 1.71 | N/A | N/A |
| 3299 | MILLER, DANIEL | Div 03-57 | $29 | $227 | 2 | -1 | 67% | | 4.94 | N/A | 19.96 | -1.50 | N/A | N/A |

*Protection Agreements* (handwritten annotation)

## Documentation of Performance Issues (cont.)

Assoc. Employee ID Number: ⸱

| Associate Comments (use a separate sheet if additional space is needed): |
|---|
| |

**Acknowledgment Signatures:**

Associate: _____ Date: _____

*Associate signature indicates this information has been discussed, not necessarily agreement with content.*

Supervisor/Manager: _____ Date: _____

Witness (if appropriate): _____ Date: _____

---

**For Successful Completion of the PPI Process:**
- Associate has demonstrated a sustained performance improvement and is expected to maintain satisfactory performance in this area; failing to do so may result in resumption of the PPI process or immediate termination.

Supervisor/Manager: _____ Date: _____

Associate: _____ Date: _____

**For Termination Only / Approval Signatures** (See required approvals in policy document. Note the reason(s) for approval or denial. Attach additional documentation or sheets of paper as necessary):

Signature: _[signed]_ Title: _____ Date: _____

Signature: _[signed]_ Title: _ASM/BL_ Date: _5/30/9_

Sears Case Number (if appropriate): _[handwritten]_

---

Sears reserves the right to deviate from the Documentation of Performance Issues process at any time without notice at its sole discretion. No employment rights are conferred upon the associate by this Documentation of Performance Issues, and this document does not affect or alter the associate's at will employment status.

...ution Report

CONTRibution Report

**Associate Contribution Report - Details - Department Brand Central - HE**
Store: 2047 - SIERRA VISTA - B (Date) - 08/22/2009

| Associate Name | Total Cont./ hr Assoc | SPH Actual | # of Apps | Credit Apps +/- To Goal | Credit Apps % To Goal | HSBC Acceptance Rate Target 40% | PA +/- To Parity | PA Participation % | SPP +/- To Parity Units | Install +/- To Parity Units | GIR Card Sales Penetration % | Dish Penetration % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1862 | NAPLAN,JO... | | | 0 | 0% | | -2.83 | N/A | -20.00 | -1.50 | N/A | N/A |
| 3069 | MILLER, DANIEL | $12 | $85 | 0 | 0% | | N/A | N/A | 78.32 | N/A | N/A | N/A |

**Associate Contribution Report : Details - Department Brand Central - HE**
Store: 2047 - SIERRA VISTA - B (RETL) - 03/22/2008

| Associate Name | Total Cont./ hr Assoc | SBH Actual | # of Apps | Credit Apps +/- To Goal | Credit Apps % To Goal | HSBC Acceptance Rate Target 40% | PA +/- To Parity | PA Participation % | SPP +/- To Parity Units | Install +/- To Parity Units | GIR Card Sales Penetration % | Dish Penetration % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1828 | CORRADO, CHARLES | by 08-57 | $1170 | 2 | | | -2.29 | N/A | 1.12 | -1.57 | 2.84 | N/A |
| 1784 | LARONI, VINCENT | by 08-57 | $111 | 1 | 0 | 80% | -6.05 | N/A | -55.29 | -1.80 | N/A | N/A |
| 11875 | BERGSTROM, JAMES | by 01-57 | $96 | 0 | | 60% | -4.08 | N/A | -54.00 | -2.00 | N/A | N/A |
| | BAKER, JESSICA | On 08-57 | $107 | 1 | | 60% | -3.71 | N/A | 9.38 | 18.40 | N/A | N/A |
| 1862 | NAPARES, JORGE | by 08-57 | $86 | 5 | | 100% | 3.14 | N/A | 26.59 | -2.05 | 2.55 | N/A |
| 3299 | MILLER, DANIEL | by 08-57 | $31 | 1 | | 60% | 4.19 | N/A | 34.08 | -1.44 | N/A | N/A |

> ⚠ Please treat this as Confidential.

**Freedle, Alice**

| | | |
|---|---|---|
| **From:** | Sliwiak, Sabrina | **Sent:** Fri 7/16/2010 11:37 AM |
| **To:** | Freedle, Alice; Hinds, Sharon | |
| **Cc:** | | |
| **Subject:** | Charles Corrado v Sears | |
| **Attachments:** | | |

Good afternoon Alice and Sharon,

I'm sorry I've missed your calls and have not yet had an opportunity to return them. I have a conference call in about 10 minutes but will try to reach out to you thereafter.

In the mean time, if you would be so kind as to fax me a copy of the document I would be very grateful.

My fax number is: 847-747-1390

Thanks much,

*Thank you,*

Sabrina Sliwiak

Fair Employment Consultant

Sears Holdings Management Corp.

P: 847-286-6244

 *Please Save a Tree, do not print this email unless it is absolutely necessary.*

\*\*\* TRANSMISSION REPORT \*\*\*

| 07/16/2010 12:00 | | | Lexmark 5600-6600 Series | | S153247 |
|---|---|---|---|---|---|
| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
| 1 | 07/16/2010 | 11:59 | 918477471390 | 1/1 | OK |

\*\*\* TRANSMISSION REPORT \*\*\*

| 07/16/2010 11:57 | | | Lexmark 5600-6600 Series | | S153247 |
|---|---|---|---|---|---|
| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
| 1 | 07/16/2010 | 11:53 | 918477471390 | 20/20 | OK |

**In the Superior Court of the State of Arizona**
**In and For the County of Cochise**

Case Number CV201000593

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney: Self

Attorney Bar Number: N/A

Plaintiff's Name(s): (List all)

Charles D. Corrado

Plaintiff's Address:

964 Cactus Wren Lane

Sierra Vista, AZ 85635

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

Sears & Roebuck Co./Sears Holding Co.      3333 Beverly Rd  A-130B

Attn: Ms. Sabrina Slyiwiak/Sears Attorney   Hoffman Estates, IL. 60179

(List additional defendants on page two and/or attach a separate sheet))

EMERGENCY ORDER SOUGHT:  ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____
                                                      (Specify)

☒ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.
(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

### NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

| **TORT MOTOR VEHICLE:** | ☐ Slander/Libel/Defamation |
|---|---|
| ☐ Non-Death/Personal Injury | ☐ Other (Specify) _____ |
| ☐ Property Damage | **MEDICAL MALPRACTICE:** |
| ☐ Wrongful Death | ☐ Physician M.D.   ☐ Hospital |
| **TORT NON-MOTOR VEHICLE:** | ☐ Physician D.O   ☐ Other |
| ☐ Negligence | **CONTRACTS:** |
| ☐ Product Liability – Asbestos | ☐ Account (Open or Stated) |
| ☐ Product Liability – Tobacco | ☐ Promissory Note |
| ☐ Product Liability – Toxic/Other | ☐ Foreclosure |
| ☐ Intentional Tort | ☐ Buyer-Plaintiff |
| ☐ Property Damage | ☐ Fraud |
| ☐ Legal Malpractice | ☐ Other Contract (i.e. Breach of Contract) |
| ☐ Malpractice – Other professional | ☐ Excess Proceeds-Sale |
| ☐ Premises Liability | ☐ Construction Defects (Residential/Commercial) |

November 21, 2008                                                                                                          1

☐ Six to Nineteen Structures
☐ Twenty or More Structures
**OTHER CIVIL CASE TYPES:**
☐ Eminent Domain/Condemnation
**OTHER CIVIL CASE TYPES : (Continued)**
☐ Forcible Detainer
☐ Change of Name
☐ Transcript of Judgment
☐ Foreign Judgment
☐ Quiet Title
☐ Forfeiture
☐ Election Challenge
☐ NCC- Employer Sanction Action (A.R.S. §23-212)
☐ Injunction against Workplace Harassment
☐ Injunction against Harassment
☐ Civil Penalty
☐ Water Rights(Not General Stream Adjudication)
☐ Real Property
☐ Sexually Violent Person (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
**UNCLASSIFIED CIVIL:**
☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)

☐ Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)
☐ Declaratory Judgment
☐ Habeas Corpus
☐ Landlord Tenant Dispute- Other
☐ Restoration of Civil Rights (Federal)
☐ Clearance of Records (A.R.S. §13-4051)
☐ Declaration of Factual Innocence (A.R.S. §12-771)
☐ Declaration of Factual Improper Party Status
☐ Vulnerable Adult (A.R.S. §46-451)
☐ Tribal Judgment
☐ Structured Settlement (A.R.S. §12-2901)
☐ Attorney Conservatorships (State Bar)
☐ Unauthorized Practice of Law (State Bar)
☐ Out-of-State Deposition for Foreign Jurisdiction
☐ Secure Attendance of Prisoner
☐ Assurance of Discontinuance
☐ In-State Deposition for Foreign Jurisdiction
☐ Eminent Domain– Light Rail Only
☐ Interpleader– Automobile Only
☐ Delayed Birth Certificate (A.R.S. §36-333.03)
☒ Employment Dispute- Discrimination
☐ Employment Dispute-Other
☐ Other _____
   (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

---

Additional Defendant(s)

John Dickenson, Regional Store Mgr, Sears Rtl Admin. Unit, 5950 E Broadway Blvd, Tucson, AZ 85711
Alice Freedle, Store Mgr, Sears, 2250 Ell Mercado Loop, Sierra Vista, AZ 85635
Sharon Hinds, Dept Mgr, Sears, 2250 Ell Mercado Loop, Sierra Vista AZ 85635

---

November 21, 2008                                                                                       2