IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles D. Corrado, ) | No. CV 10-443-TUC-FRZ (HCE) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Sears Roebuck and Co./Sears Holding Co.,) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to the stipulation of the parties (Doc.19), IT IS HEREBY ORDERED that this case is dismissed with prejudice with the parties to bear their own costs and attorneys' fees. The Clerk of the Court shall enter judgment accordingly.

DATED this 31st day of August, 2010.

_____
Frank R. Zapata
Senior United States District Judge