IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles D. Corrado,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Sears Roebuck and Co./Sears Holding Co.,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>**No.** CV 10-443-TUC-FRZ (HCE) |

X    **DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** .that this case is dismissed with prejudice with the parties to bear their own costs and attorneys' fees. **CASE CLOSED**.

<u>August 31, 2010</u>                              RICHARD H. WEARE<br>Date                                                  CLERK

                                                  S/ *M. Michelle Mejia*<br>                                                  M. Michelle Mejia<br>                                                      Deputy Clerk